UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA ZANE JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-635** |
| **ST. TAMMANY PARISH CORRECTIONAL FACILITY, ET AL.** | **SECTION: "I"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Joshua Zane Jones's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 22nd day of July, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**